IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                         No. 4:25-MJ-00066-ERE

JACKIE MCDONALD

**ORDER**

Today, Defendant Jackie McDonald appeared with Assistant Federal Public Defender Shea Watts for an initial appearance on a criminal complaint. Assistant United States Attorney Katie Hinojosa appeared for the Government. Before I could conduct the hearing or formally appoint Ms. Watts to represent Mr. McDonald,[1] Ms. Watts expressed concerns about Mr. McDonald's competency and requested a competency evaluation. For good cause shown, Ms. Watts oral motion is GRANTED.

Mr. McDonald will be examined to determine his competency to stand trial pursuant to 18 U.S.C. § 4241, to determine the existence of insanity at the time of the offense pursuant to 18 U.S.C. § 4242, and for treatment accordingly. Mr. McDonald is committed to the custody of the United States Marshal for the Eastern District of Arkansas to await designation of a Bureau of Prisons facility where the psychological examination will be performed.

---

[1] Ms. Watts accepted a provisional appointment to represent Mr. McDonald.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify me, United States Magistrate Judge Edie R. Ervin, upon receipt of Mr. McDonald's facility designation. Pursuant to 18 U.S.C. § 316(h)(1)(A), this time period is excludable under the Speedy Trial Act.

So Ordered 3 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE